```
 1  Adam C. Brown (SBN 161951)
    Janet K. Haines (SBN 242374)
 2  Brown & Associates
    A Professional Law Corporation
 3  11140 Fair Oaks Blvd., Suite 100
    Fair Oaks, California 95628
 4
    Attorneys for Plaintiff
 5  Tokio Marine & Nichido Fire Insurance Co., Ltd.
 6
 7                     UNITED STATES DISTRICT COURT
 8                     NORTHERN DISTRICT OF CALIFORNIA
 9                          SAN FRANCISCO DIVISION
10
    TOKIO MARINE & NICHIDO FIRE          )  Case No.: C 09-03285 MHP
11  INSURANCE CO., LTD., a foreign business )
    entity,                               )  STIPULATED REQUEST TO CONINUE
12                                        )  THE CASE MANAGEMENT
                  Plaintiff,              )  CONFERENCE
13                                        )
         vs.                              )  Date:  November 2, 2009
14                                        )  Time:  4:00 p.m.
    FEDERAL EXPRESS CORPORATION, a        )  Courtroom: 15, 18th Floor, SF
15  Delaware corportion, dba FEDERAL      )  Judge: Marilyn H. Patel
    EXPRESS, and DOES 1 through 25, inclusive, )
16                                        )
                  Defendants.             )
17                                        )
```

Pursuant to Civil Local Rule 7-12, Plaintiff Tokio Marine & Nichido Fire Insurance Co., Ltd., ("Plaintiff") and Defendant Federal Express Corporation dba Federal Express ("FedEx"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, the Case Management Conference is set for November 2, 2009 at 4:00 p.m.;

WHEREAS, Robert R. Ross, lead counsel for Defendant FedEx, is unavailable to attend the conference. Mr. Ross is currently scheduled to appear in the United States Bankruptcy Court for the Southern District of Florida on Wednesday, November 4, 2009. Flight schedules and time zone differences make it difficult to be assured of being in Miami in time for the appearance.

WHEREAS, in light of the unavailability of Mr. Ross, the parties agree that the Case Management Conference should be continued to Monday, November 9, 2009 at 4:00 p.m.; or at a date and time convenient for the Court.

        IT IS HEREBY STIPULATED by and between the parties, through their counsel of record that:

        1.      The Case Management Conference shall be continued to November 9, 2009 at 4:00 p.m

Date: October ___, 2009                    BROWN & ASSOCIATES, PLC

                                           By:  /s/ Janet K. Haines
                                                ADAM C. BROWN
                                                JANET K. HAINES
                                                Attorneys for Plaintiff
                                                TOKIO MARINE & NICHIDO
                                                FIRE INSURANCE CO., LTD.

Date: October ___, 2009                    FEDERAL EXPRESS
                                           CORPORATION

                                           By:  /s/ Robert B. Ross,
                                                ROBERT B. ROSS
                                                *Pro Hac Vice*
                                                Attorneys for Defendant
                                                FEDERAL EXPRESS
                                                CORPORATION

| | |
|---|---|
| 1 | Adam C. Brown (SBN 161951) |
| | Janet K. Haines (SBN 242374) |
| 2 | Brown & Associates |
| | A Professional Law Corporation |
| 3 | 11140 Fair Oaks Blvd., Suite 100 |
| | Fair Oaks, California 95628 |
| 4 | |
| 5 | Attorneys for Plaintiff |
| | Tokio Marine & Nichido Fire Insurance Co., Ltd. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| TOKIO MARINE & NICHIDO FIRE INSURANCE CO., LTD., a foreign business entity, | ) | Case No.: C 09-03285 MHP |
| | ) | [PROPOSED] ORDER CONTINUING |
| | ) | THE CASE MANAGEMENT |
| Plaintiff, | ) | CONFERENCE |
| | ) | |
| vs. | ) | Date: November 2, 2009 |
| | ) | Time: 4:00 p.m. |
| FEDERAL EXPRESS CORPORATION, a Delaware corportion, dba FEDERAL EXPRESS, and DOES 1 through 25, inclusive, | ) | Courtroom: 15, 18th Floor, SF |
| | ) | Judge: Marilyn H. Patel |
| Defendants. | ) | |

On the Stipulation of Counsel and for good cause appearing therefore:

IT IS ORDERED that the Case Management Conference be continued to  11/16/09

_____ 2009, at 4:00 p.m.

IT IS SO ORDERED.

Dated: October 23 2009

_____
HONORABLE
UNITED

*IT IS SO ORDERED*
*[signature]*
*Judge Marilyn H. Patel*

[Proposed] Order Continuing the Case Management Conference
C 09-03285 MHP