Adam C. Brown (SBN 161951)
Janet K. Haines (SBN 242374)
Brown & Associates
A Professional Law Corporation
11140 Fair Oaks Blvd., Suite 100
Fair Oaks, California 95628

Attorneys for Plaintiff
Tokio Marine & Nichido Fire Insurance Co., Ltd.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| TOKIO MARINE & NICHIDO FIRE INSURANCE CO., LTD., a foreign business entity,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FEDERAL EXPRESS CORPORATION, a Delaware corportion, dba FEDERAL EXPRESS, and DOES 1 through 25, inclusive,<br><br>　　　　Defendants. | Case No.: C 09-03285 MHP<br><br>**STIPULATED REQUEST TO CONINUE THE CASE MANAGEMENT CONFERENCE**<br><br>Date:  November 2, 2009<br>Time:  4:00 p.m.<br>Courtroom: 15, 18th Floor, SF<br>Judge: Marilyn H. Patel |

Pursuant to Civil Local Rule 7-12, Plaintiff Tokio Marine & Nichido Fire Insurance Co., Ltd., ("Plaintiff") and Defendant Federal Express Corporation dba Federal Express ("FedEx"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, the Case Management Conference is set for November 2, 2009 at 4:00 p.m.;

WHEREAS, Robert R. Ross, lead counsel for Defendant FedEx, is unavailable to attend the conference. Mr. Ross is currently scheduled to appear in the United States Bankruptcy Court for the Southern District of Florida on Wednesday, November 4, 2009. Flight schedules and time zone differences make it difficult to be assured of being in Miami in time for the appearance.

1    WHEREAS, in light of the unavailability of Mr. Ross, the parties agree that the Case
2    Management Conference should be continued to Monday, November 9, 2009 at 4:00 p.m.; or at
3    a date and time convenient for the Court.
4    IT IS HEREBY STIPULATED by and between the parties, through their counsel of
5    record that:
6    1.   The Case Management Conference shall be continued to November 9, 2009 at
7    4:00 p.m

Date: October ___, 2009                     BROWN & ASSOCIATES, PLC

By: /s/ Janet K. Haines
    ADAM C. BROWN
    JANET K. HAINES
    Attorneys for Plaintiff
    TOKIO MARINE & NICHIDO
    FIRE INSURANCE CO., LTD.

Date: October ___, 2009                     FEDERAL EXPRESS
                                            CORPORATION

By: /s/ Robert B. Ross,
    ROBERT B. ROSS
    *Pro Hac Vice*
    Attorneys for Defendant
    FEDERAL EXPRESS
    CORPORATION

|   |   |
|---|---|
| 1 | Adam C. Brown (SBN 161951) |
|   | Janet K. Haines (SBN 242374) |
| 2 | Brown & Associates |
|   | A Professional Law Corporation |
| 3 | 11140 Fair Oaks Blvd., Suite 100 |
|   | Fair Oaks, California 95628 |
| 4 |   |
|   | Attorneys for Plaintiff |
| 5 | Tokio Marine & Nichido Fire Insurance Co., Ltd. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

TOKIO MARINE & NICHIDO FIRE INSURANCE CO., LTD., a foreign business entity,

    Plaintiff,

vs.

FEDERAL EXPRESS CORPORATION, a Delaware corportion, dba FEDERAL EXPRESS, and DOES 1 through 25, inclusive,

    Defendants.

Case No.: C 09-03285 MHP

[PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE

Date: November 2, 2009
Time: 4:00 p.m.
Courtroom: 15, 18th Floor, SF
Judge: Marilyn H. Patel

On the Stipulation of Counsel and for good cause appearing therefore:

IT IS ORDERED that the Case Management Conference be continued to  11/16/09  _____ 2009, at 4:00 p.m.

IT IS SO ORDERED.

Dated: October 23 2009         _____
                                                HONORABLE
                                                UNITED

*[Court seal: IT IS SO ORDERED — Judge Marilyn H. Patel]*